| | | | |
|---|---|---|---|
| | AUSA: Lisandra Fernandez-Silber | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Kyle Sise | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Tyler Trent Darden

Case: 2:21−mj−30170
Assigned To : Unassigned
Assign. Date : 4/12/2021
CMP: USA v DARDEN (MAW)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 13, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kyle Sise, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 12, 2021__

_____
*Judge's signature*

City and state: __Detroit, Michigan__

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Kyle Sise, first being duly sworn, depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, since November 2016, currently assigned to the Detroit Field Division. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment as a federal law enforcement officer, I have conducted and participated in several criminal investigations focused on illegal firearms and/or armed drug trafficking violations. Prior to my employment with ATF, I was employed by the Detroit Police Department for approximately seventeen (17) years as a Police Officer.

2. I make this affidavit from personal knowledge based on my participation in this investigation. This information comes from my personal observations, communications with other law enforcement officers, witnesses interviewed by law enforcement, communications with others who

have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

3. The information outlined herein is provided for the limited purpose of establishing probable cause that Tyler Trent DARDEN (DOB XX/XX/1995), has violated Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm, and does not contain all details or facts known to law enforcement pertaining to this investigation.

## PROBABLE CAUSE

4. I am currently involved in the investigation of a subject identified as Tyler Trent DARDEN concerning DARDEN's violation of federal firearms statutes.

5. On March 13, 2021, Detroit Police Department (DPD) officers on routine patrol observed a silver Ford Fusion traveling west on Mackenzie St. near Livernois Ave. at a high rate of speed. The Ford Fusion then disregarded the stop sign at Mackenzie St. and Burnette Ave. The vehicle came to an abrupt stop on Mackenzie St. east of Prairie St.

6. The DPD Officers conducted a traffic stop for the above-mentioned traffic violations. Officer Smith made contact with the driver of the vehicle, who was identified as DARDEN. Officer Smith advised DARDEN for the reason of the traffic stop. Officer Smith observed

DARDEN to be nervous by expressing rapid speech and breathing heavily. Upon request, DARDEN was unable to produce a Driver's License. For Officer's safety, Officer Smith asked if DARDEN had a concealed pistol license or if DARDEN was open carrying a firearm. DARDEN stated that he was not open carrying. Officers instructed DARDEN to place his hands on his head and that DARDEN was going to be removed from the vehicle and placed under arrest for driving with no operator's license in possession. Officer Smith removed DARDEN from the vehicle and began to pat down the outer garment of DARDEN's person for weapons. Officer Smith felt the right side of DARDEN's jacket to be extremely heavy. Officer Smith touched the heavy object and felt what Officer Smith recognized as a firearm. Officer Smith reached into DARDEN's right jacket pocket and recovered one (1) black Glock, model 19 Gen. 5, 9mm pistol, serial number BSKR871, loaded with eleven (11) live rounds of ammunition.

7. At this time, the firearm was turned over to Officer Botello to make the weapon safe. As Officer Smith attempted to place DARDEN in handcuffs, DARDEN pulled away from Officer Smith and attempt to flee on foot. Officer Smith was able to prevent DARDEN from fleeing on foot, by wrapping his arms around DARDEN's torso which caused both DARDEN and Officer Smith to fall to the ground. Ultimately, the officers were able to

handcuff and arrest DARDEN for no operator's license in possession and carrying a concealed weapon. DARDEN was conveyed to the Detroit Detention Center.

8. A review of DARDEN's criminal history revealed the below listed felony convictions:

- 2012 – Felony – Larceny – From a Motor Vehicle, 10th Circuit

CFN: 12-037569-FH

- 2015 – Felony – Armed Robbery, 3rd Circuit

CFN: 1500143501

- 2015 – Felony – Weapons Felony, 3rd Circuit

CFN: 1500143501

- 2019 – Felony – Attempt Felony Prisons – Prisoner Possessing Contraband, 11th Circuit

CFN: 190000002336

9. ATF Special Agent Kyle Sise consulted with certified firearms Interstate Nexus expert ATF Special Agent Joshua McLean, concerning the manufacture of the above-mentioned black Glock, model 19, Gen 5, 9mm pistol with serial number BSKR871. Special Agent McLean stated that the firearm was manufactured outside the State of Michigan. Therefore, it traveled in and affected interstate commerce to reach the State of Michigan.

## CONCLUSION

10. Based on the above stated facts, there is probable cause to believe that on March 13, 2021, in the Eastern District of Michigan, defendant Tyler Trent DARDEN, knowing that he had been previously convicted of a felony offense, punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a black Glock, model 19, Gen 5, 9mm pistol, serial number BSKR871, which had been previously shipped and transported in interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

Respectfully submitted,

Kyle Sise, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date:  April 12, 2021